**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**SAMUEL & STEIN**
David Stein (DS 2119)
1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884
dstein@samuelandstein.com

Attorneys for Plaintiffs and Proposed
FLSA Collective

| | |
|---|---|
| Carlos Rodriguez, on behalf of himself and all other persons similarly situated,<br><br>        Plaintiff,<br><br>        – vs. –<br><br>Ameri Home Electronics Inc. and Shouqiang Zheng a/k/a Calvin Zheng,<br><br>        Defendants. | DOCKET NO. 20-cv-3872 (MKB)(RLM)<br><br>**PLAINTIFF CARLOS RODRIGUEZ'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT** |

**NOW COMES** plaintiff Carlos Rodriguez, by and through his undersigned counsel, and hereby gives written notice of his acceptance of the Rule 68 Offer of Judgment of defendants Ameri Home Electronics Inc. and Shouqiang Zheng a/k/a Calvin Zheng, as follows:

1. Plaintiff Carlos Rodriguez accepts defendants' Offer of Judgment in the amount of $8,000.00, inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

2. A copy of defendants' Rule 68 Offer of Judgment, which was served on plaintiff's counsel on March 26, 2021, is attached hereto as Exhibit A.

**WHEREFORE**, plaintiff requests:

a. That the Clerk of the Court enter a judgment in this matter against defendants Ameri Home Electronics Inc. and Shouqiang Zheng a/k/a Calvin Zheng, and for plaintiff Carlos Rodriguez, in the amount of $8,000.00, inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

Dated:  April 7, 2021

Respectfully submitted,

David Stein
SAMUEL & STEIN
1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884

Attorneys for Carlos Rodriguez

## AFFIRMATION OF SERVICE

The undersigned hereby affirms under penalty of perjury that on the date below he caused Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment to be served by ECF on counsel for defendants.

_____
DAVID STEIN

Dated:    April 7, 2021

3